IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DOWNEAST BUILDERS & REALTY, INC. ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESSEX HOMES SOUTHEAST, INC., ) <br> ESSEX HOMES SOUTHEAST NC, INC. and ) <br> KARL A. HASLINGER, ) <br> ) <br>     Defendants, ) <br> ) <br> ESSEX HOMES SOUTHEAST, INC., ESSEX ) <br> HOMES SOUTHEAST NC, INC., and KARL ) <br> A. HASLINGER, ) <br> ) <br>     Counter Claimaints, ) <br> ) <br> v. ) <br> ) <br> DOWNEAST BULDERS & REALTY, INC., ) <br> FRANK DOWNEY, and CATHERINE M. ) <br> DOWNEY, ) <br> ) <br>     Counter Defendants. ) <br> ) <br> ) | Case No. 3:11-cv-02653-CMC |

## **NOTICE OF REQUEST FOR PROTECTION**

      I respectfully request that the Court provide me protection from appearing in the above-captioned case from November 8, 2012 through November 14, 2012. Non-refundable airline tickets have been purchased and hotel reservations (with deposits) have been made for a trip I am taking out of the country during this timeframe. The Court's favorable consideration in this matter is greatly appreciated.

                                                    Respectfully submitted,

Dated: October 11, 2012               /s/ William Y. Klett, III
                                                    William Y. Klett, III
                                                      Fed. Id. No. 5610
                                                      NEXSEN PRUET, LLC
                                                      P.O. Drawer 2426
                                                     Columbia, SC 29202-2426
                                                     (803) 771-8900

                                                     Attorneys for Plaintiff  and Counter Defendants