## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

_____

| | |
|---|---|
| DOWNEAST BUILDERS ) <br>     & REALTY, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ESSEX HOMES SOUTHEAST, ) <br>     INC., *ET AL.*, ) <br> ) <br>     Defendants, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANK DOWNEY, and ) <br>     CATHERINE M. DOWNEY, ) <br> ) <br>     Counterclaim Defendants. ) <br> _____ | CASE NO. 3:11-cv-02653-CMC <br><br> Jury Trial Demanded |

### NOTICE OF REQUEST FOR PROTECTION

I respectfully request that the Court provide me with protection from appearing in the above-captioned case from November 19 - 27, 2012. Non-refundable airline tickets have been purchased for a Thanksgiving trip to visit grandchildren in Seattle during this holiday time frame. The Court's favorable consideration in this matter is greatly appreciated.

1

Dated:  October 14, 2012               Respectfully submitted,

                                          /s/ Robert M. Ward

                                          Robert M. Ward
                                          (DSC ID: 11185)
                                          **Dilworth IP, LLC**
                                          621 Brixton Circle
                                          Simpsonville, South Carolina 29681
                                          Phone: 404-606-6862
                                          E-mail: rward@dilworthip.com

                                          *One of the Attorneys for Essex Homes Southeast, Inc. and Essex Homes Southeast NC, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was filed on the date set forth hereon electronically via CM/ECF in the United States District Court for the District of South Carolina, with notice and copy of same being electronically served by the Court upon all counsel of record.

                                          /s/ Robert M. Ward